**15-25-00116-CV**

TRIAL COURT CASE NO. D-1-GN-25-003445

§      IN THE DISTRICT COURT
§
§      FILED IN
§      15th COURT OF APPEALS
§      TRAVIS   COUNTY, TEXAS
§      AUSTIN, TEXAS
     6/30/2025 9:04:19 AM
     JUDICIAL DISTRICT
     CHRISTOPHER A. PRINE
     Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: JUNE 20, 2025

Type of Order (Interlocutory or Final) ACCELERATED

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: JUNE 27, 2025

Name of judge who entered judgment: CATHERINE A. MAUZY

Name of court reporter: RACHELLE PRIMEAUX

Address of court reporter: 1700 GUADALUPE, 11TH FLOOR, AUSTIN, TX 78701

Name of attorney on appeal: WILLIAM H FARRELL    SB#: 00796531

Attorney Address: PO BOX 12548, AUSTIN, TX 78711-2548

Attorney E-Mail Address: biff.harrell@oag.texas.gov

Attorney on appeal (check applicable box):

☐ appointed     ☑ retained     ☐ Pro Se

Name of Appellee's Attorney: ALEXANDRIA OBERMAN    SB# 24131555

Attorney Address: 900 16TH STREET, NW WASHINGTON DC 20006

Attorney E-Mail Address: aoberman@milchev.com

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____ E-Mail     _____ Hand Delivery     _____ Mail

On_____      By:_____ (clerk's initials)

6/27/2025 4:29 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-003445
Selina Hamilton

CAUSE NO. D-1-GN-25-003445
(Lead Case)

| | | |
|---|---|---|
| DELIA GARZA, in her official | § | IN THE DISTRICT COURT |
| Capacity as Travis County Attorney; et al. | § | |
| | § | |
| v. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| KEN PAXTON, in his official capacity as | § | |
| Attorney General for the State of Texas, et al. | § | 459th JUDICIAL DISTRICT |

CONSOLIDATED WITH

CAUSE NO. D-1-GN-25-003531

| | | |
|---|---|---|
| JOHN CREUZOT, et al. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| KEN PAXTON, et al. | § | 353rd JUDICIAL DISTRICT |

AND

CAUSE NO. D-1-GN-25-003581

| | | |
|---|---|---|
| BRIAN M. MIDDLETON, et al. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| KEN PAXTON, et al. | § | 98th JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL

Defendants, Ken Paxton, in his official capacity as the Attorney General for the State of Texas, and the Office of the Attorney General for the State of Texas hereby give notice of appeal from the Order issued by Judge Catherine Mauzy on June 20, 2025, which granted Plaintiff's Application for Temporary Injunction. Defendants file this Notice of Appeal pursuant to Texas Rule of Appellate Procedure 25.1(a).

Defendants are entitled to an interlocutory appeal pursuant to Texas Civil Practice and Remedies Code 51.014(a)(4) which allows for an immediate appeal from an order that grants a temporary injunction. Defendants appeal to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1(a). This is not a parental termination or child protection case or an appeal from an order certifying a child to stand trial as an adult. This appeal involves a matter brought against an office of the state in the executive branch and a state official in the executive branch arising out of that officer's official conduct. This case also involves a challenge to the constitutionality of a state rule, and the Attorney General is a party to the case. Upon filing of this instrument, the order issued on June 20, 2025 is superseded pursuant to Texas Civil Practice and Remedies Code 6.001(b), and Texas Rules of Appellate Procedure 25.1(h) and 29.1(b). *See In re Abbott*, 645 S.W.3d 276, 280 (Tex. 2022). Pursuant to section 6.001, as governmental entities and officers, Defendants are not required to file a supersedeas bond for court costs. Defendants' appeal is therefore perfected upon the filing of the notice of appeal.

Date: June 27, 2025

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Texas Bar No. 00796531
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 979-5561 | F: (512) 320-0667
biff.farrell@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, this document was filed electronically via the Court's electronic filing system causing electronic service upon all counsel of record.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of William Farrell
Bar No. 796531
nicole.myette@oag.texas.gov
Envelope ID: 102546879
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANTS' NOTICE OF APPEAL
Status as of 6/30/2025 8:56 AM CST

Associated Case Party: JOSE P. GARZA, IN HIS OFFICIAL CAPACITY AS TRAVIS COUNTY DISTRICT ATTORNEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Leslie Dippel | | leslie.dippel@traviscountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Cynthia W.Veidt | | cynthia.veidt@traviscountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Todd A.Clark | | Todd.Clark@traviscountytx.gov | 6/27/2025 4:29:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Farrell | 796531 | biff.farrell@oag.texas.gov | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: SHAWN W. DICK DISTRICT ATTORNEY OF WILLIAMSON COUNTY, TEXAS (26TH JUDICIAL DISTRICT)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Randy Leavitt | 12098300 | randy@randyleavitt.com | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: BRIAN M. MIDDLETON DISTRICT ATTORNEY OF FORT BEND COUNTY, TEXAS (268TH JUDICIAL DISTRICT)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of William Farrell
Bar No. 796531
nicole.myette@oag.texas.gov
Envelope ID: 102546879
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANTS' NOTICE OF APPEAL
Status as of 6/30/2025 8:56 AM CST

Associated Case Party: BRIAN M. MIDDLETON DISTRICT ATTORNEY OF FORT BEND COUNTY, TEXAS (268TH JUDICIAL DISTRICT)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Justin Pfeiffer | 24091473 | jpfeiffer@gavrilovlaw.com | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 6/27/2025 4:29:53 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: HARRIS COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tiffany Bingham | 24012287 | tiffany.bingham@harriscountytx.gov | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: CHRISTINA SANCHEZ, IN HER OFFICIAL CAPACITY AS EL PASO COUNTY ATTORNEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernardo RafaelCruz | | b.cruz@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Carl Jones | | Carl.Jones@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| MeLissa Contreras | | M.Contreras@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of William Farrell
Bar No. 796531
nicole.myette@oag.texas.gov
Envelope ID: 102546879
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANTS' NOTICE OF APPEAL
Status as of 6/30/2025 8:56 AM CST

Associated Case Party: DELIA GARZA, IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY ATTORNEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cynthia  W.Veidt | | cynthia.veidt@traviscountytx.gov | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: JAMES MONTOYA, IN HIS OFFICIAL CAPACITY AS EL PASO COUNTY DISTRICT ATTORNEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 6/27/2025 4:29:53 PM | SENT |

Associated Case Party: DALLAS COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alexandria Oberman | | aoberman@milchev.com | 6/27/2025 4:29:53 PM | SENT |
| Michael Satin | | msatin@milchev.com | 6/27/2025 4:29:53 PM | SENT |

CAUSE NO. D-1-GN-25-003445

DELIA GARZA, in her official capacity as §
Travis County Attorney; JOSÉ P. GARZA, §
in his official capacity as Travis County §
District Attorney; TRAVIS COUNTY; §
JAMES MONTOYA, in his official capacity §
as El Paso County District Attorney; §
CHRISTINA SANCHEZ, in her official §
capacity as El Paso County Attorney; and §
EL PASO COUNTY, §
§
and §
§
JOHN CREUZOT, in his official capacity as §
Dallas County Criminal District Attorney; §
DALLAS COUNTY; JOE GONZALES, in §
his official capacity as Bexar County §
Criminal District Attorney; BEXAR §
COUNTY; SEAN TEARE, in his official §
capacity as Harris County District §
Attorney; and HARRIS COUNTY, §
§
and §
§
BRIAN M. MIDDLETON, in his official §
capacity as District Attorney of Fort Bend §
County, Texas (268th Judicial District) and §
SHAWN W. DICK, in his official capacity §
as District Attorney of Williamson County, §
Texas (26th Judicial District), §
§
    *Plaintiffs*, §
§
v. §
§
KEN PAXTON, in his official capacity as §
Attorney General for the State of Texas, and §
the OFFICE OF THE ATTORNEY §
GENERAL for the State of Texas, §
    *Defendants*. §

CAUSE NOS. D-1-GN-25-003445
D-1-GN-25-003531
D-1-GN-25-003581

IN THE DISTRICT COURT
459th JUDICIAL DISTRICT
TRAVIS COUNTY, TEXAS

1

**ORDER GRANTING PLAINTIFFS' APPLICATIONS**
**FOR TEMPORARY INJUNCTION**

On June 16, 2025, the Court considered Plaintiffs' applications for a temporary injunction in the above-captioned consolidated cases filed against the Office of the Attorney General of Texas ("OAG") and Warren Kenneth Paxton, Jr., in his official capacity as the Attorney General of Texas ("Attorney General Paxton" or "Attorney General") (collectively, "Defendants"). Plaintiffs are district and county attorneys Travis County Attorney Delia Garza, Travis County District Attorney José P. Garza, El Paso County District Attorney James Montoya, El Paso County Attorney Christina Sanchez, Dallas County Criminal District Attorney John Creuzot, Bexar County Criminal District Attorney Joe Gonzales, Harris County District Attorney Sean Teare; 268th Judicial District Attorney Brian M. Middleton, and 26th Judicial District Attorney Shawn W. Dick (collectively, "Prosecutor Plaintiffs"), and Travis County, El Paso County, Dallas County, Bexar County, and Harris County (collectively "County Plaintiffs") (together, "Plaintiffs").

Plaintiffs challenge Defendants' adoption of a new Chapter 56 in Title 1 of the Texas Administrative Code (the "Challenged Rules"). Based on the facts and law set forth in Plaintiffs' applications, the supporting declarations, and briefs submitted by the Parties, as well as the testimony and other evidence and arguments of counsel presented at the June 16, 2025, hearing on Plaintiffs' applications, this Court finds sufficient cause to enter a Temporary Injunction. Plaintiffs state a valid cause of action against each Defendant; they have a probable right to the declaratory and permanent injunctive relief they seek; and they will suffer probable, imminent, and irreparable injury absent a temporary injunction.

Plaintiffs are likely to prevail after a trial on the merits of their claims that: (1) Texas Government Code Section 41.006 does not confer any administrative rulemaking authority on the OAG and the Challenged Rules are therefore invalid and Defendants' promulgation and

enforcement is an ultra vires act; (2) even if the statute confers rulemaking authority, the Challenged Rules impermissibly impose burdens and conditions not authorized by the statute; (3) the Challenged Rules are not in substantial compliance with the reasoned justification requirement of Section 2001.033 of the Administrative Procedure Act; and (4) the Challenged Rules violate the Separation of Powers Clause of the Constitution because they permit the Executive Branch (the OAG) to interfere with Judicial Branch officers' performance of their prosecutorial duties.

The Court further finds that Plaintiffs will suffer imminent and irreparable harm if they are forced to comply with the Challenged Rules because, among other reasons:

1. They will need to expend a significant amount of resources, personnel time, and taxpayer funds to provide the first quarterly report and initial report due on June 30, 2025, and July 1, 2025, respectively, and subsequent quarterly and annual reports. Compliance with the Challenged Rules has already diverted and will continue to divert resources and personnel time from performing necessary tasks related to the investigation and prosecution of criminal activity.

2. The Challenged Rules require disclosure of case files, explicitly including confidential work product and privileged communications, as well as documents containing, without limitation, private personal information about law enforcement officers, crime victims, arrestees, criminal defendants, and witnesses; protected information such as grand jury testimony and materials, medical information, mental health information, and information concerning substance abuse disorders and treatments; sexually explicit images of both adults and children; and law enforcement investigation materials.

3. Plaintiffs will be forced to disclose confidential information about previous and ongoing criminal prosecutions and law enforcement investigations, including records and information that are specifically protected from unauthorized disclosure by Plaintiffs under other state and/or federal laws that contain both civil and criminal penalties.

4. Plaintiffs will be forced to disclose the private and confidential information provided to the district and county attorneys in connection with the performance of their prosecutorial duties and such disclosure of confidential and private information containing highly sensitive and personal matters to Defendants will discourage people from reporting crimes, investigating crimes, and/or participating in the prosecution of crimes, thereby decreasing the Plaintiffs' ability to perform their constitutionally assigned duties and protect their communities from criminal activity.

3

This Court further finds that the Challenged Rules changed the *status quo* by requiring Plaintiffs to prepare and produce reports they have never been required to prepare.

Plaintiffs are not seeking and would not be entitled to receive damages or an adequate remedy at law.

The Temporary Injunction being entered by the Court today maintains the status quo prior to March 28, 2025, the date the Challenges Rules were adopted, and should remain in effect until the conclusion of this litigation, including on appeal.

IT IS THEREFORE ORDERED that, until all issues in this lawsuit are finally and fully determined, Defendants are immediately enjoined and restrained from enforcing the Challenged Rules, adopted on March 28, 2025. This Temporary Injunction restrains the following actions by the Defendants: (1) further implementing the Challenged Rules; (2) enforcing the Challenged Rules; (3) taking any actions for alleged non-compliance with the Challenged Rules; (4) assisting or encouraging other persons to take any action, administrative or otherwise, based upon an alleged non-compliance with the Challenged Rules; (5) investigating for alleged non-compliance with the Challenged Rules; (6) declaring non-compliance with the Challenged Rules and/or taking any actions due to alleged non-compliance, as set forth in Section 56.8 of the Challenged Rules; (7) implementing or enforcing any of the Office of Attorney General's policies and internal operating procedures to the extent that they have been updated in response to the adoption of the Challenged Rules; and (8) imposing reporting requirements in any way related to the Challenged Rules.

It is further ORDERED that Defendants shall publish a copy of this Court's order on the OAG's website before June 30, 2025.

It is further ORDERED that a trial on the merits of this case is to begin on December 8, 2025 at 9:00 am.

4

It is finally ORDERED that this Temporary Injunction Order is effective under the law, and a cash bond in the amount of $10.00 shall be required of the Plaintiffs.

SIGNED on this __20th__ day of June 2025.

_____
JUDGE PRESIDING

Cause No. D-1-GN-25-003445

| | | |
|---|---|---|
| DELIA GARZA, in her official capacity as Travis County Attorney; JOSÉ P. GARZA, in his official capacity as Travis County District Attorney; TRAVIS COUNTY; JAMES MONTOYA, in his official capacity as El Paso County District Attorney; CHRISTINA SANCHEZ, in her official capacity as El Paso County Attorney; and EL PASO COUNTY, *Plaintiffs,* | § § § § § § § § § § § § § | In the District Court |
| v. | § § | 459TH Judicial District |
| KEN PAXTON, in his official capacity as Attorney General for the State of Texas, and the OFFICE OF THE ATTORNEY GENERAL for the State of Texas, *Defendants.* | § § § § § § § § | Travis County, Texas |

**AGREED ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES**

After considering Plaintiff's Unopposed Motion to Consolidate Cases, response, and the agreements of counsel, the Court finds that the motion is meritorious.

The Court hereby FINDS that it is in the interest of judicial economy and hereby GRANTS Plaintiffs' Unopposed Motion to Consolidate Cases pursuant to Rule 174(a) of the Texas Rules of Civil Procedure.

It is Therefore ORDERED that (1) Cause No. D-1-GN-25-003531, *John Creuzot, in his official capacity as Dallas County Criminal District Attorney, et al. v. The Office of the Attorney*

*General of Texas, et al.*; in the 353rd Judicial District Court; Travis County, Texas and (2) Cause No. D-1-GN-25-003581, *Brian M. Middleton, in his official capacity as District Attorney of Fort Bend County, Texas, et al. v. Warren Kenneth Paxton, Jr., in his official capacity as Texas Attorney General, et al.*, in the 98th Judicial District Court, Travis County, Texas, are hereby consolidated into Cause No. D-1-GN-25-003445, styled as *Delia Garza, in her official capacity as Travis County Attorney, et al. v. Ken Paxton, in his official capacity as Texas Attorney General, et al.*, in the 459th Judicial District Court, Travis County, Texas.

The District Clerk shall note on the docket sheet for each cause number that the cases have been consolidated.

Signed this __11__ day of June, 2025.

_____
JUDGE PRESIDING
Dan Burgess

**AGREED AS TO FORM AND CONTENT:**


/s/ Cynthia W. Veidt_____
LESLIE W. DIPPEL
Leslie.Dippel@traviscountytx.gov
TODD A. CLARK
Todd.Clark@traviscountytx.gov
CYNTHIA W. VEIDT
Cynthia.Veidt@traviscountytx.gov
Assistant Travis County Attorneys
*ATTORNEYS FOR PLAINTIFFS,*
*DELIA GARZA, IN HER OFFICIAL*
*CAPACITY AS TRAVIS COUNTY ATTORNEY,*
*JOSÉ P. GARZA, IN HIS OFFICIAL CAPACITY*
*AS TRAVIS COUNTY DISTRICT ATTORNEY,*
*AND TRAVIS COUNTY*


/s/ Bernardo Cruz (by permission)_____
Christina Sanchez
El Paso County Attorney
ch.sanchez@epcountytx.gov
Bernardo Rafael Cruz
Assistant County Attorney
b.cruz@epcountytx.gov
*ATTORNEYS FOR EL PASO COUNTY*
*DISTRICT ATTORNEY JAMES MONTOYA,*
*EL PASO COUNTY ATTORNEY*
*CHRISTINA SANCHEZ, AND*
*EL PASO COUNTY*


/s/ William "Biff" Howard Farrell (by permission)__
WILLIAM "BIFF" HOWARD FARRELL
Assistant Attorney General
Office of the Attorney General
Biff.Farrell@oag.texas.gov
*ATTORNEYS FOR DEFENDANTS*

/s/ Jonathan G.C. Fombonne (by permission)
Jonathan G.C. Fombonne
Deputy County Attorney and First Assistant
Jonathan.Fombonne@harriscountytx.gov
Tiffany S. Bingham
Managing Counsel, Affirmative & Special Litigation Division
Tiffany.Bingham@harriscountytx.gov
Christopher Garza
Deputy Division Director, Affirmative & Special Litigation Division
Christopher.Garza@harriscountytx.gov
*ATTORNEYS FOR DISTRICT ATTORNEY SEAN TEARE
AND HARRIS COUNTY*


/s/ Alexandria Oberman (by permission)
Alexandria Oberman
Email: aoberman@milchev.com
Michael J. Satin
Email: msatin@milchev.com
Laura G. Ferguson
Email: lferguson@milchev.com
*ATTORNEYS FOR CRIMINAL DISTRICT
ATTORNEY JOHN CREUZOT; DALLAS
COUNTY; CRIMINAL DISTRICT ATTORNEY
JOE GONZALES; AND BEXAR COUNTY*


/s/ Justin C. Pfeiffer (by permission)
JUSTIN C. PFEIFFER
jpfeiffer@gavrilovlaw.com
*ATTORNEY FOR BRIAN M. MIDDLETON, IN HIS OFFICIAL CAPACITY AS FORT
BEND COUNTY DISTRICT ATTORNEY (268TH JUDICIAL DISTRICT*


/s/ Randy T. Leavitt (by permission)
C. ROBERT HEATH
bheath@bickerstaff.com
RANDY T. LEAVITT
randy@randyleavitt.com
*ATTORNEYS FOR SHAWN M. DICK IN HIS OFFICIAL CAPACITY AS
WILLIAMSONCOUNTY DISTRICT ATTORNEY (26TH JUDICIAL DISTRICT)*